1  TROUTMAN SANDERS LLP
   Terrence R. McInnis, Bar No. 155416
2  terrence.mcinnis@troutmansanders.com
   Ross Smith, Bar No. 204018
3  ross.smith@troutmansanders.com
   5 Park Plaza, Suite 1400
4  Irvine, CA  92614-2545
   Telephone:     949.622.2700
5  Facsimile:      949.622.2739

6  *Attorneys for Plaintiff*
   *AXIS Reinsurance Company*
7

8                  UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

| 11 | AXIS REINSURANCE COMPANY, | Case No. 3:12-cv-02979-SC |
|---|---|---|
| 12 | Plaintiff, | **STIPULATION EXTENDING TIME OF AXIS REINSURANCE COMPANY TO RESPOND TO STRAITSHOT'S COUNTERCLAIM** |
| 13 | v. | |
| 14 | TELEKENEX, INC.; ANTHONY ZABIT; KAREN SALAZAR; BRANDON CHANEY; DEANNA CHANEY; MARK PRUDELL; JOY PRUDELL; MARK RADFORD; NIKKI RADFORD; JOSHUA SUMMERS; JULIA SUMMERS; IXC HOLDINGS, INC.; STRAITSHOT COMMUNICATIONS, INC.; STRAITSHOT RC, LLC, | [Civil Local Rule 6-1(a)] |
| 15-18 | Defendant. | |

21       WHEREAS, on June 8, 2012, Plaintiff AXIS Reinsurance Company ("AXIS") filed a

22 Complaint in the above-captioned Case No. 3:12-cv-02979-SC and, on July 27, 2012, filed a First

23 Amended Complaint.

24       WHEREAS, Straitshot Communications, Inc. and Straitshot RC, LLC (collectively,

25 "Straitshot") filed an Answer and Counterclaim on September 5, 2012, which was served on

26 AXIS electronically, such that pursuant to Federal Rules of Civil Procedure, Rules 12(a)(1),

27 5(b)(E), and 6(d), AXIS's response to Straitshot's Counterclaim was initially due October 1,

28 2012.

WHEREAS, Straitshot previously agreed to extend the time for AXIS to respond to the Counterclaim to and including November 12, 2012.

WHEREAS, AXIS and Straitshot stipulate and agree to further extend the time for AXIS to respond to the Counterclaim for another two-weeks – to and including November 26, 2012.

WHEREAS, the extension of time will not alter the date of any event or deadline already fixed by Court order.

WHERAS, by entering into this stipulation, AXIS and Straitshot do not waive any claims or defenses.

## STIPULATION

NOW THEREFORE, it is agreed and stipulated that: Pursuant to Rule 6-1(a) of the Civil Local Rules of the United States District Court for the Northern District of California, AXIS's deadline to file a responsive pleading and/or motion to Straitshot's Counterclaim in the above-captioned action is extended to November 26, 2012.

Respectfully submitted,

**TROUTMAN SANDERS LLP**

Dated: November 9, 2012

BY: /s/ Terrence R. McInnis
Terrence R. McInnis
Attorneys for Plaintiff
AXIS REINSURANCE COMPANY

Dated: November 9, 2012

**MASSEY & GAIL LLP**

BY: /s/ Leonard A. Gail
Leonard A. Gail
Attorneys for Defendants and
Counterclaimants STRAITSHOT
COMMUNICATIONS, INC., and
STRAITSHOT RC, LLC



*Filer's Attestation: Pursuant to Local Rule 5-1(i)(3) regarding signatures, Ross Smith hereby attests that concurrence in the filing of this document has been obtained.*