```
TROUTMAN SANDERS LLP
Terrence R. McInnis, Bar No. 155416
terrence.mcinnis@troutmansanders.com
Ross Smith, Bar No. 204018
ross.smith@troutmansanders.com
5 Park Plaza, Suite 1400
Irvine, CA  92614-2545
Telephone:     949.622.2700
Facsimile:      949.622.2739
```

*Attorneys for Plaintiff*
*AXIS Reinsurance Company*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AXIS REINSURANCE COMPANY,<br><br>         Plaintiff,<br><br>    v.<br><br>TELEKENEX, INC.; ANTHONY ZABIT; KAREN SALAZAR; BRANDON CHANEY; DEANNA CHANEY; MARK PRUDELL; JOY PRUDELL; MARK RADFORD; NIKKI RADFORD; JOSHUA SUMMERS; JULIA SUMMERS; IXC HOLDINGS, INC.; STRAITSHOT COMMUNICATIONS, INC.; STRAITSHOT RC, LLC,<br><br>         Defendant. | Case No. 3:12-cv-02979-SC<br><br>**STIPULATION EXTENDING TIME OF AXIS REINSURANCE COMPANY TO RESPOND TO STRAITSHOT'S COUNTERCLAIM**<br><br>[Civil Local Rule 6-1(a)] |

WHEREAS, on June 8, 2012, Plaintiff AXIS Reinsurance Company ("AXIS") filed a Complaint in the above-captioned Case No. 3:12-cv-02979-SC and, on July 27, 2012, filed a First Amended Complaint.

WHEREAS, Straitshot Communications, Inc. and Straitshot RC, LLC (collectively, "Straitshot") filed an Answer and Counterclaim on September 5, 2012, which was served on AXIS electronically, such that pursuant to Federal Rules of Civil Procedure, Rules 12(a)(1), 5(b)(E), and 6(d), AXIS's response to Straitshot's Counterclaim was initially due October 1, 2012.

WHEREAS, Straitshot previously agreed to extend the time for AXIS to respond to the Counterclaim to and including November 12, 2012.

WHEREAS, AXIS and Straitshot stipulate and agree to further extend the time for AXIS to respond to the Counterclaim for another two-weeks – to and including November 26, 2012.

WHEREAS, the extension of time will not alter the date of any event or deadline already fixed by Court order.

WHERAS, by entering into this stipulation, AXIS and Straitshot do not waive any claims or defenses.

## STIPULATION

NOW THEREFORE, it is agreed and stipulated that: Pursuant to Rule 6-1(a) of the Civil Local Rules of the United States District Court for the Northern District of California, AXIS's deadline to file a responsive pleading and/or motion to Straitshot's Counterclaim in the above-captioned action is extended to November 26, 2012.

Respectfully submitted,

**TROUTMAN SANDERS LLP**

Dated: November 9, 2012

BY:   /s/ Terrence R. McInnis
      Terrence R. McInnis
      Attorneys for Plaintiff
      AXIS REINSURANCE COMPANY

Dated: November 9, 2012

**MASSEY & GAIL LLP**

BY:   /s/ Leonard A. Gail
      Leonard A. Gail
      Attorneys for Defendants and
      Counterclaimants STRAITSHOT
      COMMUNICATIONS, INC., and
      STRAITSHOT RC, LLC



IT IS SO ORDERED
Judge Samuel Conti

*Filer's Attestation: Pursuant to Local Rule 5-1(i)(3) regarding signatures, Ross Smith hereby attests that concurrence in the filing of this document has been obtained.*

TROUTMAN SANDERS LLP
5 PARK PLAZA, SUITE 1400
IRVINE, CA 92614-2545