1   TROUTMAN SANDERS LLP
    Terrence R. McInnis, Bar No. 155416
2   terrence.mcinnis@troutmansanders.com
    Ross Smith, Bar No. 204018
3   ross.smith@troutmansanders.com
    5 Park Plaza, Suite 1400
4   Irvine, CA  92614-2545
    Telephone:     949.622.2700
5   Facsimile:     949.622.2739

6   *Attorneys for Plaintiff*
    *AXIS Reinsurance Company*
7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11  AXIS REINSURANCE COMPANY,              Case No. 3:12-cv-02979-SC

12              Plaintiff,                 **STIPULATION EXTENDING TIME
                                           OF AXIS REINSURANCE COMPANY
13         v.                              TO RESPOND TO STRAITSHOT'S
                                           COUNTERCLAIM**
14  TELEKENEX, INC.; ANTHONY ZABIT;
    KAREN SALAZAR; BRANDON CHANEY;         **[Civil Local Rule 6-1(a)]**
15  DEANNA CHANEY; MARK PRUDELL;
    JOY PRUDELL; MARK RADFORD; NIKKI
16  RADFORD; JOSHUA SUMMERS; JULIA
    SUMMERS; IXC HOLDINGS, INC.;
17  STRAITSHOT COMMUNICATIONS, INC.;
    STRAITSHOT RC, LLC,
18
                Defendant.
19

20

21         WHEREAS, on June 8, 2012, Plaintiff AXIS Reinsurance Company ("AXIS") filed a

22  Complaint in the above-captioned Case No. 3:12-cv-02979-SC and, on July 27, 2012, filed a First

23  Amended Complaint.

24         WHEREAS, Straitshot Communications, Inc. and Straitshot RC, LLC (collectively,

25  "Straitshot") filed an Answer and Counterclaim on September 5, 2012, which was served on

26  AXIS electronically, such that pursuant to Federal Rules of Civil Procedure, Rules 12(a)(1),

27  5(b)(E), and 6(d), AXIS's response to Straitshot's Counterclaim was initially due October 1,

28  2012.

Case No. 3:12-cv-02979-SC

TROUTMAN SANDERS LLP
5 PARK PLAZA, SUITE 1400
IRVINE, CA 92614-2545

TROUTMAN SANDERS LLP
5 PARK PLAZA, SUITE 1400
IRVINE, CA 92614-2545

1

2

WHEREAS, Straitshot previously agreed to extend the time for AXIS to respond to the

Counterclaim to and including November 26, 2012.

3

4

WHEREAS, AXIS and Straitshot stipulate and agree to further extend the time for AXIS

to respond to the Counterclaim to and including January 4, 2013.

5

6

WHEREAS, the extension of time will not alter the date of any event or deadline already

fixed by Court order.

7

8

WHERAS, by entering into this stipulation, AXIS and Straitshot do not waive any claims

or defenses.

9

10

## STIPULATION

NOW THEREFORE, it is agreed and stipulated that: Pursuant to Rule 6-1(a) of the Civil

11

12

Local Rules of the United States District Court for the Northern District of California, AXIS's

deadline to file a responsive pleading and/or motion to Straitshot's Counterclaim in the above-

13

14

captioned action is extended to January 4, 2013.

Respectfully submitted,

15

16

**TROUTMAN SANDERS LLP**

Dated: November 26, 2012

17

18

BY:     /s/ Terrence R. McInnis

Terrence R. McInnis

Attorneys for Plaintiff

19

AXIS REINSURANCE COMPANY

20

21

**MASSEY & GAIL LLP**

Dated: November 26, 2012

22



BY:     /s/ Leonard A. Gail

Leonard A. Gail

23

Attorneys for Defendants and

Counterclaimants STRAITSHOT

24

COMMUNICATIONS, INC., and

STRAITSHOT RC, LLC

25

26

*Filer's Attestation: Pursuant to Local Rule 5-1(i)(3) regarding signatures, Ross Smith hereby*

27

*attests that concurrence in the filing of this document has been obtained.*

28