1   TROUTMAN SANDERS LLP
    Terrence R. McInnis, Bar No. 155416
2   terrence.mcinnis@troutmansanders.com
    Ross Smith, Bar No. 204018
3   ross.smith@troutmansanders.com
    5 Park Plaza, Suite 1400
4   Irvine, CA  92614-2545
    Telephone:    949.622.2700
5   Facsimile:    949.622.2739

6   *Attorneys for Plaintiff*
    *AXIS Reinsurance Company*
7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11   AXIS REINSURANCE COMPANY,              Case No. 3:12-cv-02979-SC

12          Plaintiff,                      **STIPULATION AND [PROPOSED]
                                            ORDER SETTING DEADLINES ON
13          v.                              PARTIES' SUMMARY JUDGMENT
                                            MOTIONS AND REQUESTING
14   TELEKENEX, INC.; ANTHONY ZABIT;        MODIFICATION OF TRIAL AND
     KAREN SALAZAR; BRANDON CHANEY;         DISCOVERY SCHEDULE**
15   DEANNA CHANEY; MARK PRUDELL;
     JOY PRUDELL; MARK RADFORD; NIKKI
16   RADFORD; JOSHUA SUMMERS; JULIA
     SUMMERS; IXC HOLDINGS, INC.;
17   STRAITSHOT COMMUNICATIONS, INC.;
     STRAITSHOT RC, LLC,
18
            Defendant.
19

20          WHEREAS, on June 8, 2012, Plaintiff AXIS Reinsurance Company ("AXIS") filed a

21   Complaint in the above-captioned Case No. 3:12-cv-02979-SC and, on July 27, 2012, filed a First

22   Amended Complaint.

23          WHEREAS, Telekenex, Inc., IXC Holdings, Inc., Anthony Zabit, Karen Salazar, Brandon

24   Chaney, and Deanna Chaney (collectively, the "Telekenex Defendants") filed an Answer and

25   Counterclaim on December 6, 2012, an Amended Answer and Counterclaim on December 28,

26   2012, and a Second Amended Answer and Counterclaim on April 24, 2013.

27          WHEREAS, under the current scheduling order, all discovery is to be completed by

28   October 9, 2013, and trial is to commence on December 9, 2013.  ECF Doc. No. 79.

TROUTMAN SANDERS LLP
5 PARK PLAZA, SUITE 1400
IRVINE, CA 92614-2545

1

2

3

4        WHEREAS, Plaintiff AXIS Reinsurance Company ("AXIS") has filed a motion for

summary judgment or partial summary judgment that has a hearing date currently scheduled for

September 27, 2013. ECF Doc. No. 109. Absent an extension of time, any response from

defendants is due September 6, 2013 and AXIS's reply is due September 13, 2013.

5

6        WHEREAS, the Telekenex Defendants represent that they are working on a cross-motion

for partial summary judgment to be filed on September 16, 2013 and they have requested from

7    AXIS an extension of their deadline for responding to AXIS's motion.

8        WHEREAS, AXIS and the Telekenex Defendants anticipate that the issues remaining in

9    this case for trial are likely to be substantially reduced or entirely eliminated as a result of the

10   aforementioned summary judgment motions.

11       WHEREAS, to maximize efficiency and to minimize the time and expense of discovery

12   and/or trial preparation that would be required under the timeframes in the existing case

13   management order but that may be rendered unnecessary as a result of the summary judgment

14   motions, the parties to this stipulation request a modification of the schedule as set forth below.

15                                   **STIPULATION**

16       NOW THEREFORE, it is agreed and stipulated that, subject to the approval and order of

17   this Court:

18       1. The Telekenex Defendants' deadline for responding to AXIS's pending motion for

19           summary judgment or partial summary judgment is September 16, 2013. AXIS's

20           deadline for filing a reply is September 30, 2013.

21       2. The Telekenex Defendants shall file their motion for partial summary judgment by

22           September 16, 2013. AXIS's deadline for responding to the motion will be September

23           30, 2013. Telekenex's deadline for filing a reply will be October 7, 2013.

24       3. The current trial date of December 9, 2013 is vacated pending a ruling on the parties'

25           summary judgment motions. If the motions do not entirely dispose of this case, a new

26           trial date will be set at a scheduling conference following the Court's ruling on the

27           summary judgment motions.

28

TROUTMAN SANDERS LLP
5 PARK PLAZA, SUITE 1400
IRVINE, CA 92614-2545

4.  The deadline for completing discovery is continued to a date that is 30 days after the Court issues its ruling on the aforementioned summary judgment motions.

Dated: September 3, 2013                    Respectfully submitted,

                                            TROUTMAN SANDERS LLP


                                            By:   /s/ Terrence R. McInnis
                                                Terrence R. McInnis
                                                Ross Smith
                                                *Attorneys for Plaintiff and
                                                Counterdefendant*
                                                AXIS Reinsurance Company


Dated: September 3, 2013                    Respectfully submitted,

                                            KARR TUTTLE CAMPBELL


                                            By:   /s/ J. Dino Vasquez
                                                Jacquelyn A. Beatty *admitted Pro Hac
                                                Vice*
                                                J. Dino Vasquez
                                                *Attorneys for Defendants and
                                                Counterclaimants*
                                                Telekenex, Inc., IXC Holdings, Inc.,
                                                Anthony Zabit, Karen Salazar, Brandon
                                                Chaney, and Deanna Chaney


*Filer's Attestation: Pursuant to Local Rule 5-1(i)(3) regarding signatures, Terrence R. McInnis hereby attests that concurrence in the filing of this document has been obtained.*

## [~~PROPOSED~~] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.


Dated:    09/04/2013                        _____
                                            UNITED ST_____GE
                                            Judge Samuel Conti

TROUTMAN SANDERS LLP
5 PARK PLAZA, SUITE 1400
IRVINE, CA 92614-2545