```
TROUTMAN SANDERS LLP
Terrence R. McInnis, Bar No. 155416
terrence.mcinnis@troutmansanders.com
Ross Smith, Bar No. 204018
ross.smith@troutmansanders.com
5 Park Plaza, Suite 1400
Irvine, CA  92614-2545
Telephone:     949.622.2700
Facsimile:      949.622.2739
```

*Attorneys for Plaintiff*
*AXIS Reinsurance Company*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AXIS REINSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>TELEKENEX, INC.; ANTHONY ZABIT; KAREN SALAZAR; BRANDON CHANEY; DEANNA CHANEY; MARK PRUDELL; JOY PRUDELL; MARK RADFORD; NIKKI RADFORD; JOSHUA SUMMERS; JULIA SUMMERS; IXC HOLDINGS, INC.; STRAITSHOT COMMUNICATIONS, INC.; STRAITSHOT RC, LLC,<br><br>Defendant. | Case No. 3:12-cv-02979-SC<br><br>**STIPULATION AND [PROPOSED] ORDER SETTING DEADLINES ON PARTIES' SUMMARY JUDGMENT MOTIONS AND REQUESTING MODIFICATION OF TRIAL AND DISCOVERY SCHEDULE** |

WHEREAS, on June 8, 2012, Plaintiff AXIS Reinsurance Company ("AXIS") filed a Complaint in the above-captioned Case No. 3:12-cv-02979-SC and, on July 27, 2012, filed a First Amended Complaint.

WHEREAS, Telekenex, Inc., IXC Holdings, Inc., Anthony Zabit, Karen Salazar, Brandon Chaney, and Deanna Chaney (collectively, the "Telekenex Defendants") filed an Answer and Counterclaim on December 6, 2012, an Amended Answer and Counterclaim on December 28, 2012, and a Second Amended Answer and Counterclaim on April 24, 2013.

WHEREAS, under the current scheduling order, all discovery is to be completed by October 9, 2013, and trial is to commence on December 9, 2013.  ECF Doc. No. 79.

Case No. 3:12-cv-02979-SC
21232010v2

STIPULATION AND [PROPOSED] ORDER

WHEREAS, Plaintiff AXIS Reinsurance Company ("AXIS") has filed a motion for summary judgment or partial summary judgment that has a hearing date currently scheduled for September 27, 2013. ECF Doc. No. 109. Absent an extension of time, any response from defendants is due September 6, 2013 and AXIS's reply is due September 13, 2013.

WHEREAS, the Telekenex Defendants represent that they are working on a cross-motion for partial summary judgment to be filed on September 16, 2013 and they have requested from AXIS an extension of their deadline for responding to AXIS's motion.

WHEREAS, AXIS and the Telekenex Defendants anticipate that the issues remaining in this case for trial are likely to be substantially reduced or entirely eliminated as a result of the aforementioned summary judgment motions.

WHEREAS, to maximize efficiency and to minimize the time and expense of discovery and/or trial preparation that would be required under the timeframes in the existing case management order but that may be rendered unnecessary as a result of the summary judgment motions, the parties to this stipulation request a modification of the schedule as set forth below.

## STIPULATION

NOW THEREFORE, it is agreed and stipulated that, subject to the approval and order of this Court:

1. The Telekenex Defendants' deadline for responding to AXIS's pending motion for summary judgment or partial summary judgment is September 16, 2013. AXIS's deadline for filing a reply is September 30, 2013.

2. The Telekenex Defendants shall file their motion for partial summary judgment by September 16, 2013. AXIS's deadline for responding to the motion will be September 30, 2013. Telekenex's deadline for filing a reply will be October 7, 2013.

3. The current trial date of December 9, 2013 is vacated pending a ruling on the parties' summary judgment motions. If the motions do not entirely dispose of this case, a new trial date will be set at a scheduling conference following the Court's ruling on the summary judgment motions.

Case No. 3:12-cv-02979-SC         - 2 -         STIPULATION AND [PROPOSED] ORDER
21232010v2

4. The deadline for completing discovery is continued to a date that is 30 days after the Court issues its ruling on the aforementioned summary judgment motions.

Dated: September 3, 2013                                Respectfully submitted,

                                                        TROUTMAN SANDERS LLP

                                                        By:   /s/ Terrence R. McInnis
                                                              Terrence R. McInnis
                                                              Ross Smith
                                                              *Attorneys for Plaintiff and*
                                                              *Counterdefendant*
                                                              AXIS Reinsurance Company

Dated: September 3, 2013                                Respectfully submitted,

                                                        KARR TUTTLE CAMPBELL

                                                        By:   /s/ J. Dino Vasquez
                                                              Jacquelyn A. Beatty *admitted Pro Hac Vice*
                                                              J. Dino Vasquez
                                                              *Attorneys for Defendants and Counterclaimants*
                                                              Telekenex, Inc., IXC Holdings, Inc., Anthony Zabit, Karen Salazar, Brandon Chaney, and Deanna Chaney

*Filer's Attestation: Pursuant to Local Rule 5-1(i)(3) regarding signatures, Terrence R. McInnis hereby attests that concurrence in the filing of this document has been obtained.*

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:   09/04/2013

_____
UNITED STATES DISTRICT JUDGE

*[Seal: United States District Court, Northern District of California — Judge Samuel Conti, signed]*
Case No. 3:12-cv-02979-SC                    - 3 -                    STIPULATION AND [PROPOSED] ORDER
21232010v2