IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AXIS REINSURANCE COMPANY, | Case No. 12-2979 SC |
| Plaintiff, | ORDER RE: CROSS-MOTIONS FOR SUMMARY JUDGMENT |
| v. | |
| TELEKENEX, INC.; ANTHONY ZABIT; KAREN SALAZAR; BRANDON CHANEY; DEANNA CHANEY; MARK PRUDELL; JOY PRUDELL; MARK RADFORD; NIKKI RADFORD; JOSHUA SUMMERS; JULIA SUMMERS; IXC HOLDINGS, INC.; STRAITSHOT COMMUNICATIONS, INC.; and STRAITSHOT RC, LLC, | |
| Defendants. | |

Now pending before the Court are cross-motions for summary judgment filed by Plaintiff Axis Reinsurance Company ("Plaintiff"), on the one hand, and Defendants Brandon Chaney, Deanna Chaney, IXC Holdings, Inc., Karen Salazar, Telekenex Inc., and Anthony Zabit (collectively, the "Telekenex Defendants"), on the other hand. ECF Nos. 109, 120. The trial date for this matter has been vacated pending a decision on these cross-motions. ECF No. 13. On November 5, 2013, Plaintiff and the Telekenex Defendants filed a

notice of settlement, indicating that they anticipate settling their claims against one another within sixty days. ECF No. 124. In the interim, the parties request that the Court delay ruling on their cross-motions for summary judgment. The parties' request is GRANTED. Plaintiff and the Telekenex Defendants shall file a joint statement updating the Court on the status of their settlement negotiations by January 5, 2013.

    IT IS SO ORDERED.

    Dated: December 10, 2013

UNITED STATES DISTRICT JUDGE