United States District Court

For the Northern District of California

1

2

3

4

5

6

7                    IN THE UNITED STATES DISTRICT COURT

8              FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10   AXIS REINSURANCE COMPANY,        ) Case No. 12-2979 SC
                                      )
11              Plaintiff,            ) ORDER RE: CROSS-MOTIONS FOR
                                      ) SUMMARY JUDGMENT
12      v.                            )
                                      )
13   TELEKENEX, INC.; ANTHONY ZABIT;  )
     KAREN SALAZAR; BRANDON CHANEY;   )
14   DEANNA CHANEY; MARK PRUDELL; JOY )
     PRUDELL; MARK RADFORD; NIKKI     )
15   RADFORD; JOSHUA SUMMERS; JULIA   )
     SUMMERS; IXC HOLDINGS, INC.;     )
16   STRAITSHOT COMMUNICATIONS, INC.; )
     and STRAITSHOT RC, LLC,          )
17                                    )
                                      )
18              Defendants.           )
                                      )
19                                    )

20

21       Now pending before the Court are cross-motions for summary

22   judgment filed by Plaintiff Axis Reinsurance Company ("Plaintiff"),

23   on the one hand, and Defendants Brandon Chaney, Deanna Chaney, IXC

24   Holdings, Inc., Karen Salazar, Telekenex Inc., and Anthony Zabit

25   (collectively, the "Telekenex Defendants"), on the other hand.  ECF

26   Nos. 109, 120.  The trial date for this matter has been vacated

27   pending a decision on these cross-motions.  ECF No. 13.  On

28   November 5, 2013, Plaintiff and the Telekenex Defendants filed a

1 notice of settlement, indicating that they anticipate settling

2 their claims against one another within sixty days.  ECF No. 124.

3 In the interim, the parties request that the Court delay ruling on

4 their cross-motions for summary judgment.  The parties' request is

5 GRANTED.  Plaintiff and the Telekenex Defendants shall file a joint

6 statement updating the Court on the status of their settlement

7 negotiations by January 5, 2014.

8

9     IT IS SO ORDERED.

10

11     Dated: December 10, 2013     _____

12                          UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California

2