TROUTMAN SANDERS LLP
5 PARK PLAZA, SUITE 1400
IRVINE, CA 92614-2545

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AXIS REINSURANCE COMPANY,<br><br>  Plaintiff,<br><br>v.<br><br>TELEKENEX, INC.; ANTHONY ZABIT; KAREN SALAZAR; BRANDON CHANEY; DEANNA CHANEY; MARK PRUDELL; JOY PRUDELL; MARK RADFORD; NIKKI RADFORD; JOSHUA SUMMERS; JULIA SUMMERS; IXC HOLDINGS, INC.; STRAITSHOT COMMUNICATIONS, INC.; STRAITSHOT RC, LLC,<br><br>  Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No. 3:12-cv-02979-SC<br><br>**STIPULATION AND REQUEST FOR DISMISSAL WITH PREJUDICE OF:**<br><br>1) TELEKENEX, INC., ANTHONY ZABIT, KAREN SALAZAR, BRANDON CHANEY, DEANNA CHANEY, AND IXC HOLDINGS, INC. ("TELEKENEX DEFENDANTS") FROM AXIS REINSURANCE COMPANY'S FIRST AMENDED COMPLAINT; AND<br><br>2) SECOND AMENDED COUNTERCLAIM OF THE TELEKENEX DEFENDANTS IN ITS ENTIRETY<br><br>[Fed. R. Civ. P. 41(a), (c)] |

Plaintiff/Counter-Defendant AXIS Reinsurance Company ("AXIS") and Defendants/Counter-Claimants Telekenex, Inc., Anthony Zabit, Karen Salazar, Brandon Chaney, Deanna Chaney, and IXC Holdings, Inc. (collectively, the "Telekenex Defendants") have reached a settlement, one term of which requires the dismissal of their respective claims against each other in this action.

Case No. 3:12-cv-02979-SC                    STIPULATION AND REQUEST FOR DISMISSAL OF
                                             THE TELEKENEX DEFENDANTS AND THEIR
                                             SECOND AMENDED COUNTERCLAIM

Now therefore, AXIS and the Telekenex Defendants hereby request and stipulate as follows:

(1) Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff AXIS Reinsurance Company stipulates and agrees to the dismissal of its First Amended Complaint in this action (ECF Doc. No. 15) as to Defendants Telekenex, Inc., Anthony Zabit, Karen Salazar, Brandon Chaney, Deanna Chaney, and IXC Holdings, Inc. only. No other defendants are hereby dismissed.

(2) Pursuant to Rule 41(a)(1) and (c) of the Federal Rules of Civil Procedure, Defendants/Counter-Claimants Telekenex, Inc., Anthony Zabit, Karen Salazar, Brandon Chaney, Deanna Chaney, and IXC Holdings, Inc. stipulate and agree to the dismissal of their Second Amended Counterclaim against Plaintiff/Counter-Defendant AXIS Reinsurance Company (ECF Doc. No. 105) in its entirety.

These requested and stipulated dismissals are with prejudice, with each party to bear their own fees and costs. AXIS' First Amended Complaint shall not be dismissed hereby as to the remaining defendants.

Dated: December 20, 2013

Respectfully submitted,

TROUTMAN SANDERS LLP

BY: _____
Terrence R. McInnis
Ross Smith
*Attorneys for Plaintiff and Counter-Defendant AXIS Reinsurance Company*

Dated: December 6, 2013

KARR TUTTLE CAMPBELL

BY: /s/ Jacquelyn Beatty
J. Dino Vasquez
Jacquelyn Beatty
Attorneys for Defendants/Counter-Claimants Telekenex, Inc., IXC Holdings, Inc., Anthony Zabit, Karen Salazar, Brandon Chaney, and Deanna Chaney

LAW OFFICES OF STEPHEN R. PAPPAS

Per telephone authority
BY: /s/ Jacquelyn A Beatty
Stephen R. Pappas
Attorneys for Defendants/Counter-Claimants Telekenex, Inc., IXC Holdings, Inc., Anthony Zabit, Karen Salazar, Brandon Chaney, and Deanna Chaney

[PROPOSED] ORDER

Good cause appearing, the request is GRANTED under the authority of FRCP 41(a)(2).

IT IS SO ORDERED.

Dated: 01/03/2014

_____
UNITED STATES DISTRICT JUDGE
Judge Samuel Conti