IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AXIS REINSURANCE COMPANY,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>TELEKENEX, INC.; ANTHONY ZABIT; KAREN SALAZAR; BRANDON CHANEY; DEANNA CHANEY; MARK PRUDELL; JOY PRUDELL; MARK RADFORD; NIKKI RADFORD; JOSHUA SUMMERS; JULIA SUMMERS; IXC HOLDINGS, INC.; STRAITSHOT COMMUNICATIONS, INC.; and STRAITSHOT RC, LLC,<br><br>　　　　Defendants. | Case No. 12-2979 SC<br><br>ORDER RE MOTIONS FOR <u>DEFAULT JUDGMENT</u> |

　　Plaintiff now moves for entry of default judgment against Defendants Mark and Joy Prudell, ECF No. 128, Mark and Nikki Radford, ECF No. 129, and Joshua and Julia Summers, ECF No. 130. "When a court is considering whether to enter a default judgment, it may dismiss an action sua sponte for lack of personal jurisdiction." <u>In re Tuli</u>, 172 F.3d 707, 712 (9th Cir. 1999). In the instant action, it is unclear how the Court can assert personal jurisdiction over the Prudells, the Radfords, or the Summers.

1  According to Plaintiff's First Amended Complaint, all six
2  defendants reside in Washington.  ECF No. 15 ("FAC") ¶¶ 6-8.
3  Plaintiff has not explained what connection they have to
4  California.  Accordingly, the Court hereby ORDERS Plaintiff to file
5  a supplemental brief on personal jurisdiction within seven (7) days
6  of the signature date of this Order.  The brief shall not exceed
7  ten (10) pages.  Failure to file a supplemental brief may result in
8  denial of the pending motions for default judgment.

10      IT IS SO ORDERED.

12      Dated: January 28, 2014            _____
13                                         UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California

2