IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AXIS REINSURANCE COMPANY,<br><br>    Plaintiff,<br><br>  v.<br><br>TELEKENEX, INC.; ANTHONY ZABIT;<br>KAREN SALAZAR; BRANDON CHANEY;<br>DEANNA CHANEY; MARK PRUDELL; JOY<br>PRUDELL; MARK RADFORD; NIKKI<br>RADFORD; JOSHUA SUMMERS; JULIA<br>SUMMERS; IXC HOLDINGS, INC.;<br>STRAITSHOT COMMUNICATIONS, INC.;<br>and STRAITSHOT RC, LLC,<br><br>    Defendants. | Case No. 12-2979 SC<br><br>DEFAULT JUDGMENT |

    On February 19, 2014 the Court granted Plaintiff Axis Reinsurance Company's ("Axis") motions for default judgment against Defendants Mark Radford, Nikki Radford, Joshua Summers, Julia Summers, Mark Prudell, and Joy Prudell.  In accordance with that Order, the Court enters default judgment as follows.

    IT IS ORDERED THAT Axis is hereby awarded judgment in its favor against Defendants Mark Radford and Nikki Radford on Counts One (I,) Two (II), and Six (VI) of Axis's First Amended Complaint.

Accordingly, the Court hereby DECLARES that (i) no coverage is afforded to Mark Radford and Nikki Radford under Axis Privatus Policy No. RNN585200 (the "Policy") for the action captioned <u>Straitshot Communications, Inc. v. Telekenex, Inc. et al.</u>, Case No. C10-268 TSZ (W.D. Wash.) ("the <u>Straitshot</u> Action"), including but not limited to the judgment(s) entered therein; (ii) the attorneys' fees and costs incurred in defense of Mark Radford and Nikki Radford did not constitute covered Defense Costs or Loss within the meaning of the Policy; and (iii) Axis has no duty to indemnify Mark Radford and Nikki Radford for any amounts incurred or awarded in the <u>Straitshot</u> action.  IT IS FURTHER ORDERED THAT, by stipulation of Axis, Counts Seven (VII) and Eight (VIII) of Axis's First Amended Complaint are DISMISSED without prejudice as to Defendants Mark Radford and Nikki Radford.

  IT IS ORDERED THAT Axis is hereby awarded judgment in its favor against Defendants Mark Prudell and Joy Prudell on Counts One (I,) Two (II), Four (IV) and Six (VI) of Axis's First Amended Complaint.  Accordingly, the Court hereby DECLARES that (i) no coverage is afforded to Mark Prudell and Joy Prudell under the Policy for the <u>Straitshot</u> action, including but not limited to the judgment(s) entered therein; (ii) the attorneys' fees and costs incurred in defense of Mark Prudell and Joy Prudell did not constitute covered Defense Costs or Loss within the meaning of the Policy; and (iii) Axis has no duty to indemnify Mark Prudell and Joy Prudell for any amounts incurred or awarded in that action. IT IS FURTHER ORDERED THAT, by stipulation of Axis, Counts Seven (VII) and Eight (VIII) of Axis's First Amended Complaint are DISMISSED without prejudice as to Defendants Mark Prudell and Joy

Prudell.

IT IS ORDERED THAT Axis is hereby awarded the requested declaratory relief in its favor against Defendants Joshua Summers and Julia Summers on Counts One (I), Two (II), Three (III), Four (IV), and Six (VI) of Axis's First Amended Complaint.  Accordingly, the Court hereby DECLARES that (i) no coverage is afforded to Joshua Summers and Julia Summers under the Policy for the Straitshot action, including but not limited to the judgment(s) entered therein on the causes of action in Straitshot's operative complaint and the spoliation sanctions; (ii) the attorneys' fees and costs incurred in defense of Joshua Summers and Julia Summers did not constitute covered Defense Costs or Loss within the meaning of the Policy; and (iii) Axis has no duty to indemnify Joshua Summers and Julia Summers for any amounts incurred or awarded in that action.  IT IS FURTHER ORDERED THAT Axis is awarded $39,471.11 in its favor and against Joshua and Julia Summers on the reimbursement Counts of the First Amended Complaint, Counts Seven (VII) and Eight (VIII).

IT IS SO ORDERED, ADJUDGED, AND DECREED.

Dated: February 19, 2014               _____
                                        UNITED STATES DISTRICT JUDGE